*Orders Granting Oral Argument in Cases Pending on Application for Leave to Appeal Entered September 30, 2015:*

*In re* CONTEMPT OF DORSEY, No. 150298; reported below: 306 Mich App 571. The parties shall file supplemental briefs within 42 days of the date of this order addressing whether the appellant's challenge to the trial court's order holding her in criminal contempt amounts to an impermissible collateral attack on the trial court's January 14, 2011 order requiring her to submit to drug testing. See *In re Hatcher*, 443 Mich 426, 438 (1993). The parties should not submit mere restatements of their application papers.

CITY OF COLDWATER V CONSUMERS ENERGY COMPANY, No. 151051; Court of Appeals No. 320181. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere restatements of their application papers. We further direct the Clerk to schedule the oral argument in this case for the same future session of the Court when it will hear oral argument in *City of Holland v Consumers Energy Co* (Docket No. 151053).

Motions for permission to file briefs amicus curiae and briefs amicus curiae regarding these two cases should be filed in *City of Coldwater v Consumers Energy Co* (Docket No. 151051) only.

CITY OF HOLLAND V CONSUMERS ENERGY COMPANY, No. 151053; Court of Appeals No. 315541. The parties may file supplemental briefs within 42 days of the date of this order, but they should not submit mere

restatements of their application papers. We further direct the Clerk to schedule the oral argument in this case for the same future session of the Court when it will hear oral argument in *City of Coldwater v Consumers Energy Co* (Docket No. 151051).

Motions for permission to file briefs amicus curiae and briefs amicus curiae regarding these two cases should be filed in *City of Coldwater v Consumers Energy Co* (Docket No. 151051) only.